AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dion Davitian ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV 21-1078 (CJN) |
| Charles P. Paret, et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Dion Davitian recover from the defendant *(name)* Charles P. Paret, 433 Kennedy ST Holdings, LLC, and 429 Kennedy ST Hold. the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: $1,058,795.01 with interest to accrue on this amount at the statutory rate.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Cal J. Nichols on a motion for Entry of Final Judgment

Date: 08/10/2021

ANGELA D. CAESAR, CLERK OF COURT

*Courtney Lesley* Digitally signed by Courtney Lesley
Date: 2021.08.19 16:29:40 -04'00'

*Signature of Clerk or Deputy Clerk*